<pre>                                       UNITED STATES MAGISTRATE JUDGE
                                              J. Kelley Arnold
</pre>

# UNITED STAES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OF TACOMA

| | |
|---|---|
| Alicia Palmer, ) | No.: C08-5452RBL-JKA |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | EXTENDING TIME |
| vs. ) | |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY stipulated and agreed by both parties, through their undersigned attorneys that the Briefing Schedule in this matter shall be extended as follows:

1. Plaintiff's Opening Brief due November 21, 2008;

2. Defendant's Answering Brief to be filed on or before December 18, 2008;

3. Plaintiff's Reply Brief to be filed on or before January 2, 2009.

**STIPULATION AND ORDER**
**EXTENDING TIME - 1**

**KENNETH N. GORMLY**
ATTORNEY AT LAW, PLLC
1119 Tacoma Avenue South
Tacoma, WA. 98402
Phone 253-274-0500
Fax 253-272-0446

DATED THIS DAY __20__, OCTOBER, 2008.

                                              JOHN MCKAY
                                              United States Attorney

S/Kenneth N. Gormly                Jeffrey C. Sullivan
WSB #13729                              U.S. Attorney
Attorney for Plaintiff
Attorney At Law, PLLC              BRIAN C. KIPNIS
1119 Tacoma Ave. S.                Assistant U.S. Attorney
Tacoma, WA. 98402
253-274-0500 Telephone            DAVID MORADO
253-272-0446Fax                         Regional Chief Counsel,
kengormly@aol.com                    Seattle, Region X

                                           S/Kenneth N. Gormly for
                                           RICHARD M. RODRIGUEZ
                                           (Signed per oral authorization)
                                         Special Assistant U.S. Attorney
                                          Office of the General Counsel
                                    701 Fifth Ave. Ste. #2900 MS/901
                                          Seattle, WA. 98104
                                          206-615-3748 Phone
                                          206-615-2531 Fax
                                          Richard.rodriguez@ssa.gov

                                              Attorney for Defendant

                                  ORDER

SO ORDERED this 21st day of October, 2008.


                                  */s/ J. Kelley Arnold*
                                  J. KELLEY ARNOLD
                                  United States Magistrate Judge

STIPULATION AND ORDER
EXTENDING TIME - 2

**KENNETH N. GORMLY**
**ATTORNEY AT LAW, PLLC**
**1119 Tacoma Avenue South**
Tacoma, WA. 98402
Phone 253-274-0500
Fax 253-272-0446