UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA L. PALMER, | Civil No. C08-5452RBL-JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings including further development of the record, a de novo hearing and the following actions. On remand, the administrative law judge will: (1) reevaluate the plaintiff's credibility; (2) reevaluate the medical evidence, including opinions of Richard Price, M.D., Rebecca Rucker, DPT, CSCS, and Christy L. White, M.D.; (3) reevaluate the plaintiff's residual functional capacity pursuant to 96-8p, addressing the limitations, if any, resulting from migraine headaches and the side effects of

prescribed medication such as spironolactone and methadone; (4) continue with steps three through four of the sequential evaluation process; and (5) if necessary, with the assistance of vocational expert testimony, continue with step five of the sequential evaluation process. The ALJ may perform further development and conduct further proceedings as necessary.

This remand is made pursuant to sentence four of 42 U.S.C. § 1383(c)(3). The parties agree that reasonable attorney fees will be awarded based on a petition filed under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 31st day of December, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2     ORDER - [C08-5452RBL-JKA]