# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA L. PALMER,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. 3:08-CV-5452-RBL<br><br>PROPOSED ORDER FOR ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412 |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,285.46 pursuant to 28 U.S.C. § 2412 and costs of $350.00 as set out as 28 U.S.C. § 1920 shall be awarded to Plaintiff and paid directly to her attorney, Kenneth Gormly at 1119 Tacoma Ave. So., Tacoma, WA 98402.

DATED this 2nd day of February, 2009.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page 1     ORDER - [3:05-cv-5452-RBL]

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov